446

395 A.2d 990

Mauer, Appellant, v. Upper Perkiomen School District.

Argued September 13, 1978. Craig S. Boyd, for appellant; James J. Oliver, for appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

OPINION PER CURIAM: Appeal dismissed for the reason that the transcript of proceedings in the court below is incomplete.

395 A.2d 990

Merolla, Appellant, v. Sonneborn.

Argued September 14, 1978. B. Jerome Shane, for appellant; Charles W. Craven, with him Edward R. Murphy, for appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.